*Edward H. Smith et al., ex'rs, &c.* v. *Lambert Wyckoff et al.* H. Nicoll, for complainants; G. Bowman, for defendants. Decretal order appealed from affirmed with costs, but without prejudice to the right of appellants to raise the objection in their answer, that Onderdonk is not made a party;

·unless the complainant shall amend.    Proceedings remitted.